UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-62776-CIV-MORENO

ELEMENTUM LTD.,

    Plaintiff,

vs.

OFFICE DEPOT, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE THIS CAUSE came before the Court upon Office Depot, Inc.'s Motion to Dismiss and to Consolidate (**D.E. 12**), filed on **November 18, 2019**.

Given the earlier-filed action between the same parties, *Office Depot Inc. v. Elementum, Ltd.*, Case No. 19-81305-CIV-RS, the Court finds it advisable to stay this case and close it pending resolution of the original case. Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.    This order shall not prejudice the rights of the parties to this litigation.

IV.     Plaintiff SHALL notify the Court by **April 10, 2020**, and every three months thereafter of the current status of *Office Depot Inc. v. Elementum, Ltd.*, Case No. 19-81305-CIV-RS and whether this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of January 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record