UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ELEMENTUM LTD.,<br><br>   *Plaintiff*,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>   *Defendant*. | Case No. 0:19-cv-62776-FAM |

## PLAINTIFF ELEMENTUM'S STATUS REPORT

In accordance with the Court's Order of January 8, 2020 (ECF No. 17), Plaintiff Elementum Ltd. ("Elementum") hereby provides an update on the status of *Office Depot Inc. v. Elementum, Ltd,* Case No. 19-81305-CIV-AHS (the "Office Depot Action").

On February 21, 2020, Office Depot filed a Second Amended Complaint. *See* Office Depot Action, ECF No. 52. Over the course of two amendments, Office Depot has replaced its original trademark and likeness-based claims with claims for breach of contract and fraud in the inducement. *Id.*, ECF Nos. 1, 19. 52. Elementum moved to dismiss Office Depot's Second Amended Complaint on February 27, 2020, in part on the grounds that Office Depot's claims are compulsory counterclaims in this action, in which Elementum has asserted breach of contract claims against Office Depot. *Id.*, ECF No. 54. Elementum requested in the alternative that the parties to the Office Depot Action be realigned, such that Elementum proceed as the plaintiff in that case. *Id.* Elementum's motion is currently pending before Judge Singhal.

If Elementum's motion to dismiss is granted, Elementum anticipates moving to reopen this case so that its claims for breach can proceed to final disposition. If the motion to dismiss is

1

denied, and/or its realignment request is granted, Elementum anticipates that the parties' claims will proceed in the Office Depot Action.

In accordance with the Court's order, Elementum will provide a further update no later than three months from today.

|  |  |
|---|---|
| Dated: April 10, 2020 | Respectfully submitted, |
|  | s/John C. Carey |
|  | John C. Carey (FBN: 78379)<br>jcarey@careyrodriguez.com<br>CAREY RODRIGUEZ MILIAN GONYA, LLP<br>1395 Brickell Avenue, Suite 700<br>Miami, Florida 33131<br>Telephone: (305) 372-7474 |
| Asim Bhansali (*Pro Hac Vice*)<br>ABhansali@KBLFirm.com<br>Kate Lazarus (*Pro Hac Vice*)<br>KLazarus@KBLFirm.com<br>Nicholas Roethlisberger *(Pro Hac Vice)*<br>nroethlisberger@kblfirm.com<br>KWUN BHANSALI LAZARUS LLP<br>555 Montgomery Street, Suite 750<br>San Francisco, CA 94111<br>Telephone: (415) 630-2350 | *Counsel for Plaintiff Elementum* |
| *Co-Counsel for Plaintiff Elementum* |  |